# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| Erik A. Wharton, Shari L. Merton, *Debtors.* | Chapter 13 <br> Case No. 23-12910-pmm |
| Erik A. Wharton, Shari L. Merton, *Plaintiffs,* <br><br> v. <br><br> Prosper Marketplace Inc., *Defendant.* | Adversary No. 24-00078-pmm |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Complaint
- Summons

Dated: May 24, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Chief Executive Officer
Prosper Marketplace Inc.
221 Main Street, Suite 300
San Francisco, CA 94105-1909