# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Erik A. Wharton,<br>Shari L. Merton,<br>*Debtors.* | Chapter 13<br>Case No. 23-12910-pmm |
| Erik A. Wharton,<br>Shari L. Merton,<br>*Plaintiffs,*<br><br>v.<br><br>Prosper Marketplace Inc.,<br>*Defendant.* | Adversary No. 24-00078-pmm |

**Plaintiffs' Request for Entry of Default
Against Defendant Prosper Marketplace Inc.**

Defendant Prosper Marketplace Inc. has failed to appear, plead, or otherwise defend against the Plantiffs' complaint for judgment for affirmative relief within the time allowed and is therefore in default as evidenced by the record and the declaration attached as Exhibit A.

Consequently, you must enter default against Defendant Prosper Marketplace Inc. pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a).

Date: June 25, 2024

CIBIK LAW, P.C.
*Attorney for Plaintiffs*

By: /s/ Mike Assad

Mike Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com