## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Erik A. Wharton and Shari L. Merton, | Chapter 13 |
| Debtors. | Bky. No. 23-12910 (PMM) |
| Erik A. Wharton and Shari L. Merton, | |
| Plaintiffs. | Adv. No. 24-00078 (PMM) |
| v. | |
| Prosper Marketplace Inc., | |
| Defendant. | |

### ORDER

**AND NOW,** the Plaintiff having commenced this adversary proceeding on May 23, 2024;

**AND** an answer or other responsive pleading having been due on or before June 24, 2024;

**AND** no answer or responsive pleading having been filed;

**AND** the Plaintiff having obtained an entry of default on June 25, 2024;

It is hereby **ORDERED** that the Plaintiff shall take appropriate action to prosecute this proceeding (see e.g. F.R.C.P. 55) **on or before August 1, 2024.** Upon failure to prosecute this proceeding, this adversary proceeding **may be dismissed for lack of prosecution** without further notice or opportunity for a hearing.

*Patricia M. Mayer*

**Date:  7/22/24**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**