**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Erik A. Wharton,<br>Shari L. Merton,<br><br>*Debtors.* | Case No. 23-12910-pmm<br>Chapter 13 |
| Erik A. Wharton,<br>Shari L. Merton,<br><br>*Plaintiffs,*<br><br>v.<br><br>Prosper Marketplace Inc.,<br><br>*Defendant.* | Adversary No. 24-00078-pmm |

**Notice of Motion for Default Judgment,**
**Response Deadline, and Hearing Date**

A Motion for Default Judgment has been filed with the court in the above matter by the Plaintiffs.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.**

**If you do not want the court to grant the relief sought in the motion** or you want the court to consider your views, you must file a response on or before August 6, 2024.

**An evidentiary hearing on the motion is scheduled to be held on August 7, 2024, at 1:00 p.m.** before U.S. Bankruptcy Judge Patricia M. Mayer in Courtroom No. 1 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107.

**If you do not file a response, the court may cancel the hearing and enter an order granting the relief requested in the motion.** You may contact the clerk of court at 215-408-2800 to find out whether the hearing has been canceled. If a copy of the motion is not enclosed, a copy will be provided to you if you request one from the attorney listed below.

**How to File a Response**

If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically. If you are not required to file electronically, you must file your response at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Building, 900 Market Street, Philadelphia, PA 19107. If you mail your response, you must mail it early enough so that it will be received by the court on or before the deadline. For more information about the U.S. Bankruptcy Court, please visit **https://www.paeb.uscourts.gov**.

Date: July 23, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

*Attorney for Plaintiffs*