# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Erik A. Wharton,<br>Shari L. Merton,<br><br>*Debtors.* | Case No. 23-12910-pmm<br>Chapter 13 |
| Erik A. Wharton,<br>Shari L. Merton,<br><br>*Plaintiffs,*<br><br>v.<br><br>Prosper Marketplace Inc.,<br><br>*Defendant.* | Adversary No. 24-00078-pmm |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

- Motion for Default Judgment

- Notice of Motion for Default Judgment, Response Deadline, and Hearing Date

Date: July 23, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com