# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Erik A. Wharton,<br>Shari L. Merton,<br>*Debtors.* | Case No. 23-12910-pmm<br>Chapter 13 |
| Erik A. Wharton,<br>Shari L. Merton,<br>*Plaintiffs,*<br>v.<br>Prosper Marketplace Inc.,<br>*Defendant.* | Adversary No. 24-00078-pmm |

## Withdrawal and Entry of Appearance

To the Clerk of Court:

Please withdraw the appearance of Michael I. Assad and enter the appearance of Michael A. Cibik as attorney for Plaintiffs Erik A. Wharton and Shari L. Merton. Thank you.

Date: August 8, 2024

Michael I. Assad (#330937)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

Date: August 8, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com